# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LATREECE JONES, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER GROUP<br><br>        Defendant. | Case No: 1:21-cv-003217<br><br>Honorable Martha M. Pacold |

## JOINT STATUS REPORT AND REQUEST FOR FURTHER STAY
### (Third Request)

Plaintiff LaTreece Jones ("Plaintiff") and Defendant Nationstar Mortgage, LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, submit this Joint Status Report pursuant to the Court's order. In support of this Joint Status Report, the Parties state as follows:

On February 3, 2022, the Court granted the Parties' joint motion to extend the stay this action, pending global mediation of several class actions, until February 28, 2022, at which time the Court ordered the Parties to submit a joint status report to the Court. (*See* ECF Doc. 37.).

The parties continue to work toward resolution and have mutually agreed to continue settlement discussions over the next three weeks. In light of these continued discussions, the Parties request the Court maintain the current stay of this action.

The Parties agree to file another joint status report with the Court by **March 21, 2022**, to advise the Court on the status of settlement discussions and, if necessary, to request a reset of deadlines. The Parties are also requesting extensions of the stays in the other pending related class actions.

The Parties expressly reserve all defenses as to all claims that have been or might later be asserted in this action.

THEREFORE, The Parties hereby request the Court maintain the current stay of this action. The Parties will report back to the Court by **March 21, 2022,** on the status of the case and, if necessary, to reset the current deadlines.

Dated: February 28, 2022

Respectfully submitted,

*/s/ Benjamin Cook*
Benjamin Cook
MCGUIREWOODS LLP
77 W. Wacker Drive, Ste 4400
Chicago, IL 60601
P: (312) 750-3579
bcook@mcguirewoods.com

*Attorneys for Defendant Nationstar Mortgage, LLC*

*/s/ Thomas A. Zimmerman, Jr.*
Marc E. Dann (OH 0039425)
*mdann@dannlaw.com*
Brian D. Flick (OH 0081605)
*bflick@dannlaw.com*
**DANNLAW**
15000 Madison Avenue

Lakewood, OH 44107
Telephone: (216) 373-0539
Facsimile: (216) 373-0536

Thomas A. Zimmerman, Jr. (IL 6231944)
*tom@attorneyzim.com*
Sharon A. Harris
*sharon@attorneyzim.com*
Matthew C. De Re
*matt@attorneyzim.com*
Jeffrey D. Blake
*jeff@attorneyzim.com*
**ZIMMERMAN LAW OFFICES, P.C.**
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com

*Attorneys for Plaintiff, the putative Class, and the putative Illinois Subclass*

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2022, I electronically filed the foregoing paper with the Clerk of the court using the ECF system, which will send notification of such filing to all counsel of record registered for electronic filing.

*/s/ Benjamin Cook*
Benjamin Cook
MCGUIREWOODS LLP
77 W. Wacker Drive, Ste 4400
Chicago, IL 60601
P: (312) 750-3579
bcook@mcguirewoods.com

*Attorneys for Defendant Nationstar Mortgage, LLC*