UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATREECE JONES, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER GROUP<br><br>　　　　　Defendant. | Case No: 1:21-cv-003217<br><br>Honorable Martha M. Pacold |

## JOINT STATUS REPORT

Plaintiff LaTreece Jones ("Plaintiff") and Defendant Nationstar Mortgage, LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, submit this Joint Status Report pursuant to the Court's order. In support of this Joint Status Report, the Parties state as follows:

On April 22, 2022, the Court granted the Parties' joint motion to extend the stay in this action, pending global mediation of several class actions, until July 15, 2022, at which time the Court ordered the Parties to submit a joint status report to the Court. (*See* ECF Doc. 43).

At this point, the parties have reached a settlement in principle and agreed to all material terms in the documents, and they are in the process of getting the documents signed by the parties, which has taken more time than anticipated. One

of the settling parties, ACI Worldwide Corp., has a small issue with the anticipated release language, and the parties are working cooperatively to resolve this issue by Wednesday, July 20, 2022. Once that issue is resolved, the parties expect to sign all documents regarding the settlement within a day or so. Therefore, the Parties respectfully request that all deadlines stay suspended pending the signing of the settlement agreement, expected to be signed by all parties on or before July 22, 2022, at which point the settlement preliminary approval process for all related matters will proceed in the Middle District of North Carolina under the pending matter captioned *Dugan v. Nationstar Mortgage LLC,* Case No. 1:21-CV-00341-TDS-JEP.

    The Parties agree to file either a notice of settlement, dismissal, or another joint status report with the Court by **July 29, 2022**, to advise the Court on the status of settlement discussions and, if necessary, to request a reset of deadlines.

    The Parties expressly reserve all defenses as to all claims that have been or might later be asserted in this action.

    THEREFORE, the Parties hereby request the Court maintain the current stay of this action. The Parties will report back to the Court by **July 29, 2022,** on the status of the case and, if necessary, to reset the current deadlines.

Dated: July 15, 2022                                Respectfully submitted,

                                                          */s/ Benjamin Cook*
                                                          Benjamin Cook (IL 6335723)

McGuireWoods LLP
77 W. Wacker Drive, Ste 4400
Chicago, IL 60601
P: (312) 750-3579
bcook@mcguirewoods.com

*Attorneys for Defendant Nationstar Mortgage, LLC*


/s/ Thomas A. Zimmerman, Jr.
Marc E. Dann (OH 0039425)
*mdann@dannlaw.com*
Brian D. Flick (OH 0081605)
*bflick@dannlaw.com*
**DANNLAW**
15000 Madison Avenue
Lakewood, OH 44107
Telephone: (216) 373-0539
Facsimile: (216) 373-0536

Thomas A. Zimmerman, Jr. (IL 6231944)
*tom@attorneyzim.com*
Sharon A. Harris
*sharon@attorneyzim.com*
Matthew C. De Re
*matt@attorneyzim.com*
Jeffrey D. Blake
*jeff@attorneyzim.com*
**ZIMMERMAN LAW OFFICES, P.C.**
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com

*Attorneys for Plaintiff, the putative Class, and the putative Illinois Subclass*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 15, 2022, I electronically filed the foregoing paper with the Clerk of the court using the ECF system, which will send notification of such filing to all counsel of record registered for electronic filing.

    */s/ Benjamin Cook*
Benjamin Cook
M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP
77 W. Wacker Drive, Ste 4400
Chicago, IL 60601
P: (312) 750-3579
bcook@mcguirewoods.com

*Attorneys for Defendant Nationstar Mortgage, LLC*